FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN**, Andy North, and Lucy Doan,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-19151
Honorable Larry Noll, Judge Presiding

# O R D E R

Real Party in Interest's response to Relators' petition for writ of mandamus is due on August 19, 2021. Before the due date, Real Party in Interest filed an unopposed first motion for an extension of time to file the response until September 2, 2021. *See* Tex. R. App. P. 10.5(b).

The motion is GRANTED. Real Party in Interest's response is due on September 2, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court